No. 34,524

FLOYD DOUGLAS, *Appellee*, v. THE KANSAS SOLDIERS' COMPENSATION BOARD, *Appellant*.

No. 34,525

HARRY DARR, *Appellee*, v. THE KANSAS SOLDIERS' COMPENSATION BOARD, *Appellant*.

No. 34,526

CATHERINE G. BOGER, *Appellee*, v. THE KANSAS SOLDIERS' COMPENSATION BOARD, *Appellant*.

No. 34,574

ELLIS EDWARD LEWIS, *Appellee*, v. THE KANSAS SOLDIERS' COMPENSATION BOARD, *Appellant*.

No. 34,575

CHARLES E. THOMPSON, *Appellee*, v. THE KANSAS SOLDIERS' COMPENSATION BOARD, *Appellant*.

No. 34,578

CLARENCE KESTER, *Appellee*, v. THE KANSAS SOLDIERS' COMPENSATION BOARD, *Appellant*.

(100 P. 2d 986)

Opinion filed April 6, 1940.

*Jay S. Parker,* attorney general, *E. V. Bruce,* assistant attorney general, *Lester M. Goodell,* special assistant, *Wm. H. Strahan,* county attorney of Doniphan county, *Arthur J. Stanley, Jr.,* county attorney of Wyandotte county, and *T. P. Palmer,* deputy county attorney of Wyandotte county, for the appellant.

No appearance was made for the appellees.

*Per Curiam:* All these appeals are governed by the rule announced in *Richardson v. Soldiers' Compensation Board,* 150 Kan. 343, 92 P. 2d 114, and *Hicks v. Soldiers' Compensation Board,* 150 Kan. 903, 96 P. 2d 618. The judgment in each case is therefore reversed, and the several causes are remanded with instructions to enter judgment in each case in favor of appellant.